# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

| | |
|---|---|
| Lori Tucker, )<br>    Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-227 |
| ) | |
| City of Princeton, West Virginia; et al., )<br>    Defendants. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### OF DEFENDANT CITY OF PRINCETON WITHOUT PREJUDICE

Plaintiff Lori Tucker, by counsel, hereby notifies all Parties to these proceedings that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that she hereby dismisses without prejudice all claims against defendant City of Princeton, West Virginia.

                                                      Respectfully submitted,
                                                      LORI TUCKER,

                                                      By: */s/ Patricia Kinder Beavers*
                                                          Counsel for Lori Tucker

Patricia Kinder Beavers (WV Bar Id. No. 9488)
Beavers Law Firm, PLLC
4137 Coal Heritage Road
P.O. Box 490
Bluefield, WV  24701
Telephone number: 304-589-0001
E-mail address:wishtobesmart4@yahoo.com
       Counsel for Lori Tucker

### CERTIFICATE OF SERVICE

On this 22nd day of July 2019, the foregoing Notice of Voluntary Dismissal was filed with the Clerk of Court through the CM/ECF system, which will electronically notify counsel of record.

                                                        */s/ Patricia Beavers*