```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

**LORI TUCKER,**

    **Plaintiff,**

**v.**                                         **CIVIL ACTION No. 1:19-00227**

**CITY OF PRINCETON, WEST VIRGINIA,**
**et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

    Pending before the court is plaintiff's motion for leave to amend her Complaint. (ECF No. 10). Counsel for defendants has informed the court that they do not oppose the amendment.

    Rule 15(a) of the Federal Rules of Civil Procedure permits a party to amend its pleading "once as a matter of course at any time before a responsive pleading is served . . . [o]therwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." No party has filed a responsive pleading. Therefore, plaintiff is permitted to amend her complaint as a matter of right and the motion to amend is **GRANTED**. The Clerk is directed to file the amended complaint (attached as an exhibit to the motion to amend).

    The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

**IT IS SO ORDERED** this 24th day of July, 2019.

                                    ENTER:

                                    David A. Faber
                                    Senior United States District Judge