```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   BLUEFIELD
```

**LORI TUCKER,**

    **Plaintiff,**

v.                                      **CIVIL ACTION No. 1:19-00227**

**PRINCETON COMMUNITY HOSPITAL
ASSOCIATION, INC., et al.,**

    **Defendants.**

## ORDER

Having been advised of the settlement of this action by the representation of counsel, the court finds it unnecessary for further proceedings to be conducted herein. Accordingly, the court **ORDERS** as follows:

1. That the Clerk retire this action from the active docket of this court. The parties may, within thirty (30) days after entry of this Order, submit an agreed order of dismissal. Otherwise, dismissal will be entered without prejudice.

2. The court may, for good cause shown, reinstate this action to the active docket, which good cause shall be set forth in writing and filed with the Clerk within said 30 days.

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 12th day of August, 2021.

                                      ENTER:

                                      *David A. Faber*
                                      David A. Faber
                                      Senior United States District Judge