## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BLUEFIELD DIVISION

**LORI TUCKER,**

      **Plaintiff,**

**v.**                                         **Civil Action No: 1:19-cv-227**
                                               **Judge David A. Faber**

**PRINCETON COMMUNITY HOSPITAL**
**ASSOCIATION, INC.,** *et al.*,

      **Defendants.**

### STIPULATION OF DISMISSAL WITH PREJUDICE

      In accordance with Fed. R. Civ. P. 41(a), Plaintiff Lori A. Tucker, DO and Defendants Princeton Community, Hospital Association, Inc., Wallace Jennings Horne, MD, and Wesley L. Asbury, MD stipulate that this action be dismissed with prejudice. All parties agree to bear their own costs and attorneys' fees.

STIPULATED AND AGREED TO BY:


s/ Mitchell J. Rhein
Eric W. Iskra (WV State Bar #6611)
Heather Heiskell Jones (WV State Bar #4913)
Mitchell J. Rhein (WV State Bar #12804)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East (Zip 25301)
P. O. Box 273
Charleston, WV  25321-0273
Telephone: (304) 340-3800
Fax: (304) 340-3801
eiskra@spilmanlaw.com
hheiskell@spilmanlaw.com
mrhein@spilmanlaw.com
*Counsel for Defendants Princeton Community*
*Hospital Association, Inc., Dr. Wallace Jennings*
*Horne, Dr. Wesley L. Asbury.*

/s/ Patricia Kinder Beavers (with email permission)
Patricia Kinder Beavers (WV State Bar #9488)
Beavers Law Firm PLLC
4137 Coal Heritage Road
P.O. Box 490
Bluefield, WV 24701
Telephone: 304-589-0001
wishtobesmart4@yahoo.com

Melvin E. Williams (*pro hac vice*)
Mel Williams PLC
1320 Third Street, SW
Roanoke, Virginia 24016
Telephone: 540-266-7800
Fax: 540-206-3857
mel@melwilliamslaw.com
*Counsel for Plaintiff*